# United States Court of Appeals for the Federal Circuit

## 2014-1613, -1614

IVERA MEDICAL CORPORATION,

        *Plaintiff-Appellant,*

v.

HOSPIRA, INC.,

        *Defendant-Appellee.*

*Appeals from the United States District Court for the Southern District of California in Nos. 3:11-cv-01246-HRBB and 3:12-cv-01582-H-RBB, Judge Marilyn L. Huff.*

## 2014-1615, -1616

IVERA MEDICAL CORPORATION,

        *Plaintiff-Appellant,*

v.

CATHETER CONNECTIONS, INC.,

        *Defendant-Appellee.*

*Appeals from the United States District Court for the Southern District of California in Nos. 3:12-cv-00954-HRBB and 3:12-cv-01587-H-RBB, Judge Marilyn L. Huff.*

**JOINT MOTION FOR VOLUNTARY DISMISSAL OF APPEALS AS TO DEFENDANT-APPELLEE CATHETER CONNECTIONS, INC.**

| | |
|---|---|
| David J.F. Gross | Edward F. O'Connor |
| FAEGRE BAKER DANIELS LLP | Avyno Law, P.C. |
| 1950 University Avenue, Suite 450 | 6345 Balboa Blvd., Suite 190 |
| East Palo Alto, CA 94303 | Encino, CA 91316 |
| Telephone: (650) 324-6700 | Telephone: 818-488-8141 |
| david.gross@FaegreBD.com | efo@avynolaw.com |
| *Counsel for Plaintiff-Appellant* | *Counsel for Defendant-Appellee* |

June 12, 2015

In this consolidated appeal involving multiple Defendants-Appellees, Plaintiff-Appellant Ivera Medical Corporation and Defendant-Appellee Catheter Connections, Inc. have entered into a settlement agreement resolving Ivera's claims against Catheter Connections. Accordingly pursuant to Federal Rule of Appellate Procedure 42(b), Ivera and Catheter Connections jointly move to dismiss with prejudice Ivera's appeals in Case Nos. 2014-1615 and -1616, which concern Catheter Connections, Inc. The other consolidated appeals in Case Nos. 2014-1613 and -1614, which concern other defendants-appellees, remain unchanged. Ivera and Catheter Connections also request that the caption for the consolidated appeals be revised accordingly. Ivera and Catheter Connections shall each be responsible for its own costs and fees.

Dated:  June 12, 2015              FAEGRE BAKER DANIELS LLP

                                   By: */s/ David J.F. Gross*
                                       David J.F. Gross

                                       *Counsel for Plaintiff-Appellant*
                                       *Ivera Medical Corporation*

Dated:  June 12, 2015              AVYNO LAW, P.C.

                                   By: */s/ Edward F. O'Connor*
                                       Edward F.O'Connor

                                       *Counsel for Defendant-Appellee*
                                       *Catheter Connections, Inc.        .*

# CERTIFICATE OF INTEREST

Counsel for Defendant-Appellee certifies the following:

1. **The full name of every party or amicus represented by me is**:

   Catheter Connections, Inc.

2. **The name of the real party in interest represented by me is:**

   Catheter Connections, Inc.

3. **All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:**

   None

4. **The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:**

   Vicki E. Farrar
   Catheter Connections, Inc.
   2455 E. Parleys Way, Suite 150
   Salt Lake City, Utah 84109
   Telephone: (435) 729-9397
   vfarrar@cathconn.com

   Edward F. O'Connor
   Avyno Law, P.C.
   6345 Balboa Blvd., Suite 190
   Encino, CA 91316
   Telephone: 818-488-8141
   efo@avynolaw.com

   Kerry L. Timbers
   SUNSTEIN KANN MURPHY &
   TIMBERS LLP
   125 Summer Street
   Boston, Massachusetts 02110
   Telephone: (617) 443-9292
   ktimbers@sunsteinlaw.com

   Dated: June 12, 2015

   */s/ Edward F. O'Connor*

2

# CERTIFICATE OF INTEREST

Counsel for Plaintiff-Appellant certifies the following:

5. **The full name of every party or amicus represented by me is**:

   Ivera Medical Corporation

6. **The name of the real party in interest represented by me is:**

   Ivera Medical Corporation (see also below)

7. **All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:**

   On or about March 13, 2015, 3M Company acquired Ivera Medical Corporation. 3M Company does not have a parent corporation and no publicly held company owns 10 percent or more of its stock.

8. **The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:**

   X Patents APC: Jonathan Hangartner
   Quinn Emanuel Urquhart Sullivan LLP: Daniel Bromberg, Kathleen Sullivan, Brian Cannon, Bill Trac
   Faegre Baker Daniels: David J.F. Gross, Chad Drown, Theodore M. Budd, Eva B. Stensvad, Helen E. Chacon

Dated: June 12, 2015

                                        *s/ David J.F. Gross*
                                        David J.F. Gross

## **ECF-3(B)(2) REPRESENTATION**

Pursuant to this Court's Administrative Order Regarding Electronic Case Filing, the undersigned represents under ECF-3(b)(2) that counsel for Defendant-Appellee Catheter Connections, Inc. has consented to their signature on this Joint Motion for Voluntary Dismissal of Appeals.

Dated: June 12, 2015

*s/ David J.F. Gross*
David J.F. Gross

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2015, the foregoing document was filed with the Clerk of the Court through the Court's CM/ECF system and was served on all counsel of record by the CM/ECF system.

Dated: June 12, 2015

*s/ David J.F. Gross*
David J.F. Gross